# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | August 25, 2021 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 18-cv-1820-bhl |
| CASE NAME: | Stenz et al v. Keystone RV Company et al |
| MATTER: | Continued Status Conference |
| APPEARANCES: | Gary W. Thompson, Attorney for Plaintiff |
| | Trevor Q. Gasper, Attorney for Defendant Keystone RV Company |
| | John J. Laubmeier, Attorney for Defendants Camping World RV Sales LLC, Chris J. Kolbach, and Marko Otovic |
| TIME: | 1:05 p.m. – 1:38 p.m. |
| COURTROOM DEPUTY: | Kris B. |

**AUDIO OF THIS HEARING IS AT ECF NO. 59**

Counsel for the parties reported on the status of the case. The Court ruled orally on the pending motions. For the reasons stated on the record,

**IT IS HEREBY ORDERED:**

1. The Court's Order to Show Cause, ECF No. 58, is satisfied.
2. Plaintiffs' motion requesting relief from deadlines, ECF No. 33, is **DENIED**.
3. Defendant Keystone RV Company's motion for summary judgment, ECF No. 25, is **GRANTED in part**. Counts II, III, V, VI, and VII are dismissed as against Keystone; Counts I and IV remain.
4. Defendants Camping World RV Sales LLC, Chris J Kolbach, Marko Otovic's motion for summary judgment, ECF No. 28, is **GRANTED**. Counts I-VII are dismissed as against these defendants.
5. The parties must file a joint status report on or before **September 24, 2021** indicating how they would like to proceed with this case.

Dated at Milwaukee, Wisconsin on August 25, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
